| PROB 22 (CAEP)<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 0972 2:18CR00056-01 |
| | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00053-CDS-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | E-CA | Sacramento |

Ruben Ruiz, Jr.
Las Vegas, Nevada *(City/State only)*

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

APR 17 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
AMMi
BY:_____ DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Senior United States District Judge John A. Mendez |

| DATES OF PROBATION / SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | 11/19/2025 | 11/18/2030 |

**OFFENSE**

21 USC 841(a)(1) - Possession With Intent to Distribute Heroin (CLASS A FELONY)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision resides and has obtained full-time employment in the District of Nevada.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ CALIFORNIA _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Nevada _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ April 15, 2026 _____
*Date*

_____ *John A. Mendez* _____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ April 21, 2026 _____
*Effective Date*

_____
*United States District Judge*

1/23/2024 CAEP